UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN, | 1:05-cv-00697-AWI-DLB-P |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY DYAS** |
| vs. | |
| GEORGE GALAZA, et al., | |
| Defendants. | |

Plaintiff, Dale Owen Dustin ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 20, 2006, the Magistrate Judge filed Findings and Recommendations that recommended the court dismiss this action's for Plaintiff's failure to file an amended complaint. The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On December 6, 2006, plaintiff filed objections to the Magistrate

1

Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a *de novo* review of this case. In his objections, Plaintiff states that he intends to file an amended complaint, but that he needs a copy of his original complaint to prepare the amended complaint. Having reviewed the entire file, the Court finds the Findings and Recommendations should not be adopted at this time. The court will grant Plaintiff thirty days in which to file an amended complaint. Plaintiff is forewarned that if he does not file an amended complaint, the court will adopt the pending Findings and Recommendations and dismiss this action.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff SHALL file an amended complaint within thirty days that corrects the pleading deficiencies found by the Magistrate Judge on September 19, 2006;
2.  The Clerk of the Court is DIRECTED to provide Plaintiff with a courtesy copy of Plaintiff's original complaint (Document #1).

IT IS SO ORDERED.

**Dated:    February 10, 2007**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE