UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>     Plaintiff,<br><br>     v.<br><br>GEORGE GALAZA, et al.,<br><br>     Defendants.<br>_____ | 1:05-CV-0697 AWI DLB P<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE AMENDED COMPLAINT<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>CLERK DIRECTED TO SEND COPIES<br><br>(DOCUMENT #14) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 1, 2007, plaintiff filed a motions to extend time to file an amended complaint. Good cause having been presented to the court, plaintiff is granted a 30-day extension.

Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases.

In the present case, the court does not find the required exceptional circumstances. See Rand, 113 F.3d at 1525. Even if it is assumed that plaintiff is not well versed in the law and that he has

made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. This court is faced with similar cases almost daily. Therefore, plaintiff's request for the appointment of counsel shall be denied.

IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

2. Plaintiff's request for the appointment of counsel is hereby DENIED.

3. The Clerk of the Court is DIRECTED to provide plaintiff with:

    a) A courtesy copy of plaintiff's original complaint (Document #1), and

    b) A blank form of an Amended Complaint, under Civil Rights Act, 42 U.S.C.§ 1983.

IT IS SO ORDERED.

Dated:   **March 27, 2007**          /s/ **Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE