UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,           )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>GEORGE GALAZA, et al.,       )<br>                             )<br>     Defendants.             )<br>_____) | 1:05-CV-0697 AWI DLB PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #16) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated: **May 1, 2007**            **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE