UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE OWEN DUSTIN, | ) | 1:05-CV-0697 AWI DLB (PC) |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #18) |
| GEORGE GALAZA, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On May 1, 2007, plaintiff filed a motion to extend time to file an amended complaint. Inasmuch as plaintiff filed the Amended Complaint on May 10, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file an amended complaint is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   **June 20, 2007**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE