UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEORGE GALAZA, et al.,<br><br>　　　　　Defendants.　／ | 1:05-cv-00697-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 24)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

　　　Plaintiff, Dale Owen Dustin ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On February 5, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On February 25, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.   While
6 difficult to completely comprehend, the objections appear to
7 contend that the Court should allow Plaintiff to amend the
8 complaint prior to dismissal.  The Court recognizes that prior to
9 dismissing a pro se complaint brought by a prisoner, the Court
10 must give the Plaintiff notice of the complaint's pleading
11 deficiencies and an opportunity to amend. See  Lopez v. Smith,
12 203 F.3d 1122 (9th Cir. 2000) (if court determines that complaint
13 fails to state claim, leave to amend may be granted to extent
14 that complaint's deficiencies can be cured);  Noll v. Carlson,
15 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner opportunity be
16 given notice of deficiencies and opportunity to amend prior to
17 dismissing for failure to state a claim).  However, the
18 Magistrate Judge has already given Plaintiff notice of the
19 complaint's pleading deficiencies and an opportunity to amend.
20 The Court agrees with the Magistrate Judge that Plaintiff is
21 either unable or unwilling to file a complaint that meets the
22 standards set forth in Rule 8 of the Federal Rules of Civil
23 Procedure, links the Defendants to the alleged constitutional
24 violations, and states a claim.
25   In the objections, Plaintiff also contends that the
26 Magistrate Judge failed to address his excessive force claims.
27 The Court has reviewed the complaint.  While the complaint
28 appears to attempt to allege condition of confinement claims, it

2

1  does not appear to allege excessive force claims.

2      Finally, Plaintiff appears to argue in the objections that
3  he cannot link the named Defendants to the constitutional
4  violations because he is unsure what officers violated his rights
5  as officers do not identify themselves when they are violating
6  Plaintiffs' rights and do not have obvious "name tags."  If
7  Plaintiff is unsure who violated his rights, it is unclear why he
8  choose to name these particular Defendants.  Regardless,
9  Plaintiff does not attempt to link even unknown officers to the
10 alleged constitutional violations.  Based on the amended
11 complaint, the Findings and Recommendations, and the objections,
12 the Court agrees the complaint must be dismissed.  The Court
13 agrees with the Magistrate Judge's reasoning, and declines to
14 exorcize its discretion to grant leave to file yet another
15 amended complaint.

16     Accordingly, IT IS HEREBY ORDERED that:

17     1.   The Findings and Recommendation, filed February 5,
18 2008, are ADOPTED IN FULL;

19     2.   This entire action is DISMISSED without leave to amend;
20 and

21     3.   The Clerk of the Court is DIRECTED to close this file.

23 IT IS SO ORDERED.

24 **Dated:   March 29, 2008**             /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE

3